**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

AUG 1 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

TOM FRANKLIN,             )
                          )
        Plaintiff,       )
                          )
      v.               )      Misc. Action No. 11-206
                          )
TOM J. VILSACK,        )
Secretary of Agriculture,    )
                          )
        Defendant.     )

## MEMORANDUM OPINION

The Court has denied the plaintiff's application to proceed *in forma pauperis*. The plaintiff has filed no other document since entry of the Court's Order on April 15, 2011, and the Court will dismiss this action for failure to prosecute.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12